IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00711-WJM-KLM

JOSEPH SHELDON,

    Plaintiff,

v.

GREYHOUND LINES, INC., and
JOHN DOE,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Greyhound Lines, Inc.'s **Unopposed Motion to Modify Scheduling Order and Extend Discovery Deadlines** [Docket No. 14; Filed October 15, 2012] (the "Motion"). In light of the withdrawal of one of Plaintiff's attorneys, the parties seek additional time to respond to discovery requests and conduct depositions.

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. The Scheduling Order entered on May 8, 2012 [#10] is modified to extend the following deadlines:

- Discovery Cut-off[1]                                              **November 20, 2012**
- Dispositive Motion Deadline                          **November 30, 2012**

    IT IS FURTHER **ORDERED** that the deadline for Plaintiff's responses to Defendant's First Set of Written Discovery is extended from October 10, 2012 to **October 29, 2012**.

    PURSUANT TO D.C.COLO.LCivR 10.1E., all papers filed with the Court must be double-spaced.

    Dated: October 16, 2012

---

[1] The discovery deadline is extended to November 20, 2012 for the limited purpose of allowing Defendant to conduct depositions of Plaintiff and his wife.