IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00711-WJM-KLM

JOSEPH SHELDON,

    Plaintiff,

v.

GREYHOUND LINES, INC., and
JOHN DOE,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order and Extend Discovery Deadlines** [Docket No. 17; Filed November 2, 2012] (the "Motion"). In light of the withdrawal of one of Plaintiff's attorneys, the parties seek additional time to respond to discovery requests and conduct depositions.

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. The Scheduling Order entered on May 8, 2012 [#10] and amended on October 16, 2012 [#16] is further modified to extend the following deadline[1]:

- Discovery Cut-off[2]                                             **December 7, 2012**

    As in the Court's prior Order [#16], the parties are again warned that pursuant to D.C.COLO.LCivR 10.1E., all papers filed with the Court must be double-spaced.

    Dated: November 5, 2012

---

[1] The Dispositive Motion Deadline was already extended to November 30, 2012 in a prior Order [#16], which is the same extension Plaintiff seeks here. Likewise, Plaintiff's request to extend the time to respond to written discovery requests until November 16, 2012 was also granted in the prior Order [#16].

[2] The discovery deadline is extended to December 7, 2012 for the limited purpose of allowing Defendant to conduct depositions of Plaintiff and his wife.