IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00711-KLM

JOSEPH SHELDON,

    Plaintiff,

v.

GREYHOUND LINES, INC., and
JOHN DOE,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Greyhound Lines, Inc.'s **Second Unopposed Motion to Modify Scheduling Order and Extend Discovery Deadlines** [Docket No. 24; Filed November 13, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. The Scheduling Order entered on May 8, 2012 [#10], and modified on October 16, 2012 [#16] and November 5, 2012 [#20], is further modified to extend the following deadlines:

- Discovery Cut-off[1]      **December 21, 2012**
- Dispositive Motion Deadline     **December 28, 2012**

    IT IS FURTHER **ORDERED** that the deadline for Plaintiff's responses to Defendant's First Set of Written Discovery is extended to **November 16, 2012**.

    Dated: November 14, 2012

---

[1] The discovery deadline is extended to December 21, 2012 for the limited purpose of allowing Defendant to conduct depositions of Plaintiff and his wife.