IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00711-KLM

JOSEPH SHELDON,

    Plaintiff,

v.

GREYHOUND LINES, INC., and
JOHN DOE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Greyhound Lines, Inc.'s **Third Unopposed Motion to Modify Scheduling Order** [Docket No. 28; Filed December 14, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. The Scheduling Order entered on May 8, 2012 [#10], and modified on October 16, 2012 [#16], November 5, 2012 [#20], and November 14, 2012 [#25], is further modified to extend the following deadlines:

- Discovery Cut-off[1]     **January 4, 2013**
- Dispositive Motion Deadline     **January 9, 2013**

    IT IS FURTHER **ORDERED,** *sua sponte,* that the Final Pretrial Conference set for February 5, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **March 26, 2013 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **March 21, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

---

[1] The discovery deadline is extended to January 4, 2013 for the limited purpose of allowing Defendant to conduct depositions of Plaintiff and his wife.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated: December 18, 2012