IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00711-KLM

JOSEPH SHELDON,

    Plaintiff,

v.

GREYHOUND LINES, INC., and
JOHN DOE,

    Defendants.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, **FINAL JUDGMENT** is hereby entered in this matter as follows.

IT IS HEREBY **ORDERED** that pursuant to the **Notice of Dismissal With Prejudice** [#34; Filed March 27, 2013], all claims against Defendants are **DISMISSED with prejudice**. Each party shall bear its/his own costs and attorney fees. This action is hereby terminated.

Dated:  April 15, 2013 at Denver, Colorado.

APPROVED AS TO FORM:
BY THE COURT:

*Kristen L. Mix*
Kristen L. Mix
United States Magistrate Judge

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk